DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THERESA EVANS,

Appellant,

v.

MANHEIM REMARKETING, INC.,
a foreign profit corporation d/b/a
MANHEIM TAMPA,

Appellee.

No. 2D2024-2738

_____

January 28, 2026

Appeal from the Circuit Court for Hillsborough County; Lindsay M.
Alvarez, Judge.

Brian J. Lee and Ryan A. Carlson of Morgan & Morgan, Jacksonville, for
Appellant.

Steven R. Main of Hill, Rugh, Keller & Main, P.L., Orlando, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.